## MOORE v. HORNER.

[No. 1,910.    Filed May 13. 1895.]

APPEAL.—*Jurisdiction of Supreme and Appellate Courts.—Action to Quiet Title.—Default.*—An appeal from a judgment in a proceeding to be relieved from a default and judgment thereon, entered in an action to quiet title to real estate, must be to the Supreme Court.

From the Boone Circuit Court.    *Transferred to the Supreme Court.*

*Ira M. Sharp,* for appellant.

*Terhune & New,* for appellee.

GAVIN, J.—Appellee filed a complaint to be relieved from a default and judgment quieting title to certain lands.    Any appeal from the original judgment must have been to the Supreme Court.    The same court has jurisdiction of an appeal from the proceedings to be relieved therefrom. *Dallin* v. *McIvor,* 12 Ind. App. 150.

Ordered transfered to the Supreme Court.